Filing # 233248808 E-Filed 10/08/2025 05:10:10 PM

16-2025-CA-006279-AXXX-MA Div: CV-C

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO:
DIVISION:

VIRGINIA BOMHOLD,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,
A Foreign Limited Partnership,

    Defendant,
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, VIRGINIA BOMHOLD, by and through undersigned counsel, hereby files this Complaint against Defendant, WAL-MART STORES EAST, LP, a Foreign Limited Partnership ("herein after referred to as "WAL-MART STORES EAST, LP") and alleges:

1.    This is an action for damages in excess ($50,001.00) exclusive of costs and attorney's fees, and Plaintiff(s) hereby demand a trial by jury; accordingly, although, to file this complaint, undersigned counsel is being required by order of the Supreme Court of Florida to contemporaneously complete a civil cover sheet with a dollar figure as an estimated amount of claim for data collection and clerical processing purposes only, the full monetary value of the damages suffered by Plaintiff (s) is yet to be determined and will be decided in a verdict by the jury that judges the facts of this action in compliance with Article I, Section 22, Florida Constitution

2.    At all times material, Plaintiff, VIRGINIA BOMHOLD, submits to this jurisdiction.

1

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 10/10/2025 09:34:41 AM

3. At all times material, Defendant, WAL-MART STORES EAST, LP, was a corporation authorized to do business in the State of Florida and, more particularly, Duval County.

4. On or about December 29th, 2024, Defendant, WAL-MART STORES EAST, LP, was the owner of or otherwise in legal possession or tenant of a building at 9890 Hutchinson Park Dr. Jacksonville, FL 32225 ("premises") that was open to the public as a retail store and members of the public were invited therein.

5. At that time and place, Plaintiff, VIRGINIA BOMHOLD, went to the premises for the purpose of shopping, said purpose being the Defendant holds itself open to the public.

6. At all times material, the Defendant, WAL-MART STORES EAST, LP, being the owner of or otherwise in legal control of the premises, had a duty to maintain the premises in a reasonably safe condition and/or to warn its invitees, including, Plaintiff, VIRGINIA BOMHOLD, of unreasonably dangerous conditions existing on the property.

7. On or about December 29th, 2024, while in the aforesaid Defendant's store, Plaintiff, VIRGINIA BOMHOLD, slipped on a wet transitory foreign substance, that was on the floor causing serious bodily harm.

8. WAL-MART STORES EAST, LP being the owner, tenant and/or in possession of the premises had a duty to maintain the premises in a reasonable safe condition, free and clear of transitory foreign substances.

9. WAL-MART STORES EAST, LP breached its aforesaid duties to Plaintiff by:

   a. Failed to properly maintain the premises;

   b. Failed to remedy dangerous condition they knew or should have known with transitory foreign substance on the floor; and,

   c. Failed to warn patrons of a transitory foreign substance.

10. This Defendant had actual or constructive notice of the existence of this aforesaid transitory foreign substance on the floor of its store and should have taken steps to remedy the condition or warn Plaintiff of its existence. The Defendant was on constructive notice of the unreasonably dangerous condition caused by this transitory foreign substance because:

   a. The dangerous condition existed for such a length of time that, in the exercise of ordinary care, WAL-MART STORES EAST, LP should have known of the condition; or,

   b. The dangerous condition occurred with regularity and was therefore foreseeable.

   c. WAL-MART STORES EAST, LP failed to provide verbal and/or written warning to patrons, including Plaintiff, of the dangerous condition on its premises; and,

   d. WAL-MART STORES EAST, LP and its employee/agents were in the area when the foreign substance was transposed on the ground and did not take the reasonably necessary measures to protect their patrons.

11. As a direct and proximate result of the aforesaid negligence, Plaintiff, VIRGINIA BOMHOLD, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, VIRGINIA BOMHOLD, demands judgment for damages against Defendant, WAL-MART STORES EAST, LP, and a trial by jury of all issues so triable.

Dated this 8th day of October 2025.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be furnished to Defendant through process server.

**FARAH & FARAH, P.A.**

/s/. John Marcus
John Marcus, Esq.
Fl Bar No: 105357
10 West Adams Street
Jacksonville, FL 32202
(904) 789-7369
*Attorney for Plaintiff*
Email Designation:
Jmarcus@farahandfarah.com
zbetanzos@farahandfarah.com
jprice@farahandfarah.com